| | |
|---|---|
| 1 | LAWRENCE J. GORNICK, ESQ. (SBN 136290) |
| 2 | EMILY CHARLEY, ESQ. (SBN 238542) |
| | **LEVIN SIMES KAISER & GORNICK LLP** |
| 3 | One Bush Street, 14th Floor |
| | San Francisco, California 94104 |
| 4 | Telephone     (415) 646-7160 |
| | Facsimile      (415) 981-1270 |
| 5 | |
| | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH CALKIN AND SHIRLEY CALKIN, | ) | Case No. C 06 0540 PJH |
| | ) | |
| Plaintiffs, | ) | **NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |
| vs. | ) | |
| | ) | **HON. PHYLLIS J. HAMILTON** |
| ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY | ) | |
| Defendants. | ) | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: March 29, 2006

**LEVIN SIMES KAISER & GORNICK LLP**

_____
Emily Charley
Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Phyllis J. Hamilton

VOLUNTARY DISMISSAL                                                                                                 PAGE 1